```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    DE QUAN LU, DIAN JIN JIANG, QI GUI        :
    GUO, and WEI QIN ZHU,                     :
                                              :
                    Plaintiffs,               :
                                              :
            v.                                :
                                              :
    LIN LIN, YING CHEN, and XIAOHUA ZHU,      :
                                              :
                    Defendants.               :
-------------------------------------------------------------- :
                                              X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2019

17-CV-7291 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a mediation was held in this matter on September 27, 2019;

IT IS HEREBY ORDERED that the parties must submit a joint letter, no later than **December 4, 2019**, updating the Court on the progress of mediation and the status of the case, including whether the parties anticipate further efforts to resolve this case without further litigation. If no such efforts are anticipated, the parties must propose a date in December for a status conference with the Court; the proposed conference must be on a Friday at 10:00 A.M.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Defendants, Xiaohua Zhu and Ying Chen, and note mailing on the docket.

**SO ORDERED.**

**Date: November 26, 2019**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**