USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  01/06/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

DE QUAN LU, DIAN JIN JIANG, QI GUI GUO, and WEI QIN ZHU,

                Plaintiffs,

v.

LIN LIN, YING CHEN, and XIAOHUA ZHU,

                Defendants.

------------------------------------------------------------- X

17-CV-7291 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 3, 2020, the parties appeared for a status conference with the Court;

WHEREAS depositions of all parties need to be completed; and

WHEREAS Defendants Ying Chen and Xiaohua Zhu do not currently have counsel and lack fluency in the English language;

IT IS HEREBY ORDERED that all depositions and other discovery must be completed by **March 13, 2020**.  When a counseled party schedules or re-schedules a deposition, the attorney must promptly communicate to both *pro se* litigants, via phone and email, the time and place of the deposition, to allow the *pro se* litigants an opportunity to attend and participate.  At least one of the means of communication with the *pro se* litigants must be in Mandarin Chinese; the Court does not anticipate this requirement to be burdensome as counsel either personally speak Mandarin Chinese or otherwise have the capacity to represent clients speaking Mandarin Chinese.

1

IT IS FURTHER ORDERED that all parties must appear for a status conference on **March 13, 2020, at 10:00 A.M.**, in Courtroom 443 of the Thurgood Marshall United States Courthouse at 40 Foley Square, New York, New York 10007. One of the counseled parties must file a joint letter with the Court, stating the status of discovery, the parties' anticipated motions (if any), and the prospect for settlement. The counseled parties must make reasonable efforts to seek input from all *pro se* litigants for purposes of the joint letter.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Defendants, Xiaohua Zhu and Ying Chen, and note mailing on the docket.

**SO ORDERED.**

**Date: January 6, 2020**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**