```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
DE QUAN LU, DIAN JIN JIANG, QI GUI
GUO, and WEI QIN ZHU,

                         Plaintiffs,                    17-CV-7291 (VEC)

                             v.                       ORDER

RED KOI, INC d/b/a RED KOI ORGANIC
SUSHI LOUNGE, LIN LIN, C&H Fortune,
Inc., Ying Chen, Jing Xin Dong, Xiaohua Zhu
a/k/a Ken Zhu, John Does #1-10, Jane Does #1-
10, and Company ABC #1-10

                        Defendants.
------------------------------------------------------------------

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 3, 2020, this Court granted Plaintiffs' motion for leave to amend, requiring Plaintiffs file a second amended complaint no later than March 6, 2020, Dkt. 120;

       WHEREAS this same order stated that "[a]ll Defendants must answer or otherwise respond to the second amended complaint, on or before March 27, 2020," Dkt. 120;

       WHEREAS on March 3, 2020, Plaintiffs timely filed a second amended complaint, Dkt. 121;

       WHEREAS on March 27, 2020, Defendants Ying Chen and Xiaohua Zhu timely filed a Motion to Dismiss, Dkt. 124; and

       WHEREAS the remaining Defendants did not answer or otherwise respond to the second amended complaint;

       IT IS HEREBY ORDERED THAT the remaining Defendants must answer or otherwise respond to the second amended complaint by no later than **Friday, October 9, 2020**. If the remaining Defendants do not comply with this deadline, Plaintiffs are directed to move for an

order to show cause why default judgment should not be entered against these Defendants, in accordance with this Court's Individual Practices, by no later than **Friday, October 16, 2020**.

**SO ORDERED.**

Date:  September 30, 2020
       New York, New York

**VALERIE CAPRONI**
**United States District Judge**