USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DE QUAN LU, DIAN JIN JIANG, QI GUI
GUO, and WEI QIN ZHU,

       Plaintiffs,

    v.

RED KOI, INC d/b/a RED KOI ORGANIC
SUSHI LOUNGE, LIN LIN, C&H Fortune,
Inc., Ying Chen, Jing Xin Dong, Xiaohua Zhu
a/k/a Ken Zhu, John Does #1-10, Jane Does #1-
10, and Company ABC #1-10

       Defendants.

-------------------------------------------------------------X

17-CV-7291 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS on January 14, 2021, the parties appeared before the Court for a telephone status conference;

  IT IS HEREBY ORDERED that all fact discovery must be complete by no later than **Friday, April 16, 2021**.  The parties are reminded that in the event of a discovery dispute, they must follow the procedures in Rule 3(b) of the undersigned's Individual Practice Rules in Civil Cases.

  IT IS FURTHER ORDERED that the next status conference will be held on **Friday April 23, 2021, at 10:00 A.M.**  All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 7291.  All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.  Recording or rebroadcasting the proceeding is strictly prohibited by law.

  IT IS FURTHER ORDERED that a joint status letter in advance of the conference is due no later than **Thursday, April 15, 2021**.  The letter must include a statement of whether any

1

party will seek expert discovery; a statement of whether any party anticipates filing a motion for summary judgment or any other motion; a statement of the anticipated length of trial; a statement describing the status of any settlement discussions and whether the parties would like a settlement conference; any other issue that the parties would like to address at the pretrial conference; and any other information that the parties believe may assist the Court in advancing the case to settlement or trial.

IT IS FURTHER ORDERED that if, at any time, all parties want a settlement conference with the assigned Magistrate Judge or a referral to the Court-annexed mediation program, they may submit a joint letter requesting a referral.


**SO ORDERED.**

**Date:  January 14, 2021**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**