```
                                                           USDC SDNY
                                                           DOCUMENT
                                                           ELECTRONICALLY FILED
                                                           DOC #:_____
UNITED STATES DISTRICT COURT                               DATE FILED: 4/27/2021
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------------------------------X
DE QUAN LU, DIAN JIN JIANG, QI GUI           :
GUO, and WEI QIN ZHU,                         :
                                              :
                            Plaintiffs,       :     17-CV-7291 (VEC)
                                              :
            v.                                :     ORDER
                                              :
                                              :
RED KOI, INC d/b/a RED KOI ORGANIC            :
SUSHI LOUNGE, LIN LIN, C&H Fortune,           :
Inc., Ying Chen, Jing Xin Dong, Xiaohua Zhu   :
a/k/a Ken Zhu, John Does #1-10, Jane Does #1- :
10, and Company ABC #1-10                     :
                                              :
                            Defendants.       :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 27, 2021, the parties appeared before the Court for a telephone conference to resolve discovery disputes;

IT IS HEREBY ORDERED that the parties must appear for a conference on **Thursday, April 29, 2021, at 10:30 A.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that Plaintiffs' objections to Defendants' discovery request that Plaintiffs provide tax returns for the years 2014 and 2015 is OVERRULED. Plaintiffs' counsel must confer with her clients about whether they filed tax returns for the years 2014 and 2015 and come to the conference on Thursday with this information.

IT IS FURTHER ORDERED that Plaintiffs' counsel must come to the Thursday conference with information about whether her clients have documents responsive to the list of categories counsel for Defendant Chen outlined at the telephone conference. Plaintiffs' counsel must further come to the conference prepared to discuss the issues outlined by counsel for

1

Defendant Chen with respect to interrogatories. The Court will rule on any objections from Plaintiffs' counsel as to these issues at the conference.

IT IS FURTHER ORDERED that Defendant Lin must file a letter by no later than **today, Tuesday, April 27, 2021, at 7:30 P.M.**, listing any additional discovery disputes to be resolved at the Thursday conference. Counsel for the remaining parties must come to the conference prepared to discuss the issues identified in the letter.

IT IS FURTHER ORDERED that the parties must come to the Thursday conference prepared to discuss the scheduling of depositions and Defendant Lin must be prepared to update the Court on the production and translation of Defendant Lin's notebooks. The Court encourages the parties to try and resolve these issues before the conference.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that interested members of the public may attend the conference by dialing 1-888-363-4749, using the access code 3121171 and the security code 7291. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Date: April 27, 2021**
      **New York, New York**

                                                **VALERIE CAPRONI**
                                                **United States District Judge**

3

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.