USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DE QUAN LU, DIAN JIN JIANG, QI GUI GUO, and WEI QIN ZHU,

          Plaintiffs,

v.

RED KOI, INC d/b/a RED KOI ORGANIC SUSHI LOUNGE, LIN LIN, C&H Fortune, Inc., Ying Chen, Jing Xin Dong, Xiaohua Zhu a/k/a Ken Zhu, John Does #1-10, Jane Does #1-10, and Company ABC #1-10

          Defendants.
------------------------------------------------------------X

17-CV-7291 (VEC)

ORDER

**VALERIE CAPRONI**, United States District Judge:

    WHEREAS on April 29, 2021, the parties appeared before the Court for a conference to resolve discovery disputes; and

    WHEREAS at the conference, the Court ruled on Plaintiff's objections to Defendants' discovery requests;

    IT IS HEREBY ORDERED that in line with the Court's orders at today's conference, Plaintiff's counsel must respond to Defendant Lin's interrogatories and file amended responses to Defendant Chen's interrogatories by no later than **Friday, May 14, 2021**. The interrogatory responses must be verified and accompanied by an affidavit from the individual who read the interrogatory responses to Plaintiffs in their native language, swearing to the affiant's competence to do so and swearing that the interrogatory responses have been fully and fairly interpreted.

    IT IS FURTHER ORDERED that in line with the Court's orders at today's conference, Plaintiff's counsel must produce the requested documents to Defendants, by no later than

1

**Friday, May 14, 2021**. As to any Plaintiff who does not have any documents responsive to any particular request, Plaintiff's counsel must provide a declaration certifying that she has explained to her clients what documents are requested and that as to those particular requests, the particular Plaintiff does not have any responsive documents. All documents produced by Plaintiffs will be subject to a protective order that they can be used only for the purpose of this lawsuit and they must be returned to the producing party at the conclusion of the lawsuit.

IT IS FURTHER ORDERED that the parties must meet and confer to schedule the remote depositions. Defendant Lin and Defendant Chen must also meet and confer on the issue of translation of Defendant Lin's notebooks. The parties are reminded that in the event of any further discovery disputes, they must follow the procedures in Rule 3(b) of the undersigned's Individual Practice Rules in Civil Cases.

IT IS FURTHER ORDERED that the fact discovery deadline is adjourned to **Monday, June 14, 2021**.

IT IS FURTHER ORDERED that the next pretrial conference, currently scheduled for Friday, May 21, 2021 at 9:30 A.M., is adjourned to **Friday, June 18, 2021, at 11:00 A.M.** All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 7291. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

IT IS FURTHER ORDERED that a joint status letter in advance of the conference is due no later than **Thursday, June 10, 2021**. The letter must include a statement of whether any party will seek expert discovery; a statement of whether any party anticipates filing a motion for summary judgment or any other motion; a statement of the anticipated length of trial; a statement

describing the status of any settlement discussions; any other issue that the parties would like to address at the pretrial conference; and any other information that the parties believe may assist the Court in advancing the case to settlement or trial.

IT IS FURTHER ORDERED that the Court will refer the parties to their assigned Magistrate Judge for a settlement conference by separate order.

IT IS FURTHER ORDERED that Plaintiff's counsel must update her telephone number on ECF by no later than **today, Thursday, April 29, 2021**.  If Plaintiff's counsel fails to correct her phone number, the Court will order Plaintiff's counsel to show cause why sanctions should not be imposed for failure to comply with a court order.

**SO ORDERED.**

**Date:  April 29, 2021**
**         New York, New York**

**VALERIE CAPRONI**
**United States District Judge**