UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DE QUAN LU, DIAN JIN JIANG, QI GUI
GUO, and WEI QIN ZHU,

                      Plaintiffs,

      -against-

RED KOI, INC d/b/a RED KOI ORGANIC
SUSHI LOUNGE, LIN LIN, C&H Fortune,
Inc., Ying Chen, Jing Xin Dong, Xiaohua
Zhu a/k/a/ Ken Zhu, John Does #1-10, Jane
Does #1-10, and Company ABC #1-10,

                      Defendants.
------------------------------------------------------X

**ORDER**

17-CV-7291 (VEC)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    Based on the withdrawal of the order of reference to the undersigned, see Docket Entry No. 159, the settlement conference scheduled for June 16, 2021, is hereby cancelled.

Dated: New York, New York
       May 28, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE