USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DE QUAN LU, DIAN JIN JIANG, QI GUI       :
GUO, and WEI QIN ZHU,                    :
                                         :
                      Plaintiffs,        :          17-CV-7291 (VEC)
                                         :
             v.                          :             ORDER
                                         :
                                         :
RED KOI, INC d/b/a RED KOI ORGANIC       :
SUSHI LOUNGE, LIN LIN, C&H Fortune,      :
Inc., Ying Chen, Jing Xin Dong, Xiaohua Zhu :
a/k/a Ken Zhu, John Does #1-10, Jane Does #1- :
10, and Company ABC #1-10,               :
                                         :
                      Defendants.        :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a hearing on Plaintiffs' counsel's motion to withdraw is scheduled for

Thursday, June 17, 2021 at 11:00 A.M., Dkt. 155;

       WHEREAS the hearing will be held in in Courtroom 443 of the Thurgood Marshall

United States Courthouse, located at 40 Foley Square, New York, New York 10007, *id.* and

       WHEREAS the Southern District of New York is no longer requiring vaccinated persons

to wear masks during non-trial proceedings, if all participants are vaccinated;

       IT IS HEREBY ORDERED that, in light of the new SDNY protocols, counsel for all

parties must inform the Court by no later than **Wednesday, June 16, 2021 at 3:00 P.M.**

whether all counsel that plan to appear before the Court have been fully vaccinated against

COVID-19.  This notification may be made via an email to Chambers.

**SO ORDERED.**

Date:  **April 29, 2021**                          _____
       **New York, New York**                           **VALERIE CAPRONI**
                                                  **United States District Judge**

1